No. 77–809. JOE v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 77–818. COMMERCIAL NATIONAL BANK OF DALLAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–846. GRAVES ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–859. G. M. LEASING CORP. ET AL. v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–868. REA EXPRESS, INC. v. UNITED STATES ET AL.; and

No. 77–869. BROTHERHOOD OF RAILWAY, AIRLINE & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYEES v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–886. MARTORELLA ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–889. SMITH v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 77–894. PIERCE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–928. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, ET AL. v. NATIONAL REJECTORS INDUSTRIES. C. A. 8th Cir. Certiorari denied.

No. 77–938. ANGELINI ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–944. FREY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.